IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____SOUTHERN_____ DIVISION

UNITED STATES OF AMERICA            )
                                    )
v                                   )
Michael Walker                      ) CR. NO. 1:06CR65-WKW
                                    )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Michael Walker, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

March 15, 2006                      _____
DATE                                DEFENDANT

                                    _____
                                    ATTORNEY FOR DEFENDANT