**COURTROOM DEPUTY'S MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: 3-15-2006  
DIGITAL RECORDING:  
COURT REPORTER:

✓ **ARRAIGNMENT**  ☐ CHANGE OF PLEA  ☐ CONSENT PLEA  
☐ RULE 44(c) HEARING  ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB  
CASE NUMBER: 1:06cr65-WKW  
AUSA: Morris  
DEPUTY CLERK: sql  
DEFENDANT NAME: Michael Lee WALKER  
DEFENDANT ATTORNEY: Kevin Butler  
Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD  
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO: _____  
Interpreter present? (✓)NO; ( )YES    Name:

---

☐ This is defendant's **FIRST APPEARANCE**.  
☐ Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel.  
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.  
☐ **WAIVER OF INDICTMENT** executed and filed.  
☐ **INFORMATION** filed.  
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.  

**PLEA:**    ✓ Not Guilty  
   ☐ Guilty as to:  
      ☐ Count(s):  
      ☐ Count(s):             ☐ dismissed on oral motion of USA  
                              ☐ to be dismissed at sentencing  

☐ Written plea agreement filed    ☐ **ORDERED SEALED**  
☐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.  
☐ **CRIMINAL TERM:**        ☐ **WAIVER OF SPEEDY TRIAL** filed  
            **DISCOVERY DISCLOSURE DATE:** 3-16-06  

☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:  
   ✓ Trial on 6-26-06; ☐ Sentencing on _____  
✓ **ORDER:** Defendant remanded to custody of U.S. Marshal for:  
   ✓ Trial on _____; or ☐ Sentencing on _____  
☐ Rule 44 Hearing:    ☐ Waiver of Conflict of Interest Form executed  
            ☐ Defendant requests time to secure new counsel