# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern   (☒ Southern)   ☐ Eastern

| | |
|---|---|
| HON. Delores R. Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 5-12-2006 | @ 10:14 ☒ a.m. ☐ p.m |
| DATE COMPLETED 5-12-2006 | @ 10:18 ☒ a.m. ☐ p.m |

CASE NO. 1:06CR65-WKW

UNITED STATES OF AMERICA                    VS.                    MICHAEL LEE WALKER
Plaintiff(s)                                                       Defendant(s)

### APPEARANCES

Plaintiff(s)/Government                     Defendant (s)
Clark Morris                                Kevin Butler

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.           Crt Rptr: _____
Law Clerk: _____                Interpreter: _____
USPO/USPTS: _____               Other: _____

### PROCEEDINGS:

☐ Motion Hearing: _____
☐ Status Conference          ☐ Oral Argument              ☐ Evidentiary Hrg.
☐ Revocation                 ☐ Scheduling Conf.           ☐ Show Cause
☐ Settlement Conference      ☐ Telephone Conf.            ☐ Sentencing
☐ Non-Jury Trial             ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

✓ Pretrial Conference ✓

Pending Motions: None
Discovery Status: Complete          Plea Status: Plea
Trial Status/Length: 1 Day          Trial Term: 6-26-06