IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 1:06cr65-WKW |
| MICHAEL LEE WALKER ) | |

INFORMATION: TITLE 21, UNITED STATES CODE, SECTION 851
RELATING TO PREVIOUS STATE FELONY CONVICTION FOR DRUGS

The United States Attorney charges:

That the defendant, KEITH ELDRIDGE WILLIAMS, who is currently under indictment in the above-styled case, has been convicted of Possession of Cocaine with the intent to Distribute, a felony, in the Middle District of Alabama, on the 13th day of July, 2001, in case number 1:01cr13-MHT and that said conviction constitutes " a prior conviction for a felony drug offense" for purposes of enhanced penalty pursuant to Title 21, United States Code, §§ 841(b)(1) and 851.

Respectfully submitted this the 7th day of June, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | |
| ) | 1:06cr65-WKW |
| MICHAEL LEE WALKER ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on June 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler, Esquire.

                                        Respectfully submitted,

                                        s/A. Clark Morris
                                        A. CLARK MORRIS
                                        Assistant United States Attorney
                                        One Court Square, Suite 201
                                        Montgomery, AL 36104
                                        Phone: (334)223-7280
                                        Fax: (334)223-7135
                                        E-mail: clark. morris@usdoj.gov
                                        ASB-1613-N77A