**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

June 8, 2006

# NOTICE OF DEFICIENCY

**From:**   Clerk's Office

**Case Style:**   USA v. Michael Lee Walker

**Case Number:**   1:06cr65-WKW

**This Notice of Deficiency is filed in the referenced case to notify counsel that an amended pleading is required to correct the reference to Keith Eldridge Williams within the pleading.**