**COURTROOM DEPUTY'S MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: 6/19/2006  
DIGITAL RECORDING: 11:14 — 11:32 am  
COURT REPORTER: ~~Mitchell Reisner~~ Dickens

- ☐ ARRAIGNMENT
- ☑ CHANGE OF PLEA
- ☐ CONSENT PLEA
- ☐ RULE 44(c) HEARING
- ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB  
DEPUTY CLERK: sql  
CASE NUMBER: 1:06CR65-WKW  
DEFENDANT NAME: Michael Lee WALKER  
AUSA: Morris  
DEFENDANT ATTORNEY: Kevin Butler  
Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD  
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:  
Interpreter present? (✓)NO; ( )YES   Name:

---

- ☐ This is defendant's FIRST APPEARANCE.
- ☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
- ☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
- ☐ WAIVER OF INDICTMENT executed and filed.
- ☐ INFORMATION filed.
- ☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:
- ☐ Not Guilty
- ☑ Guilty as to:
  - ☑ Count(s): 1, 3
  - ☐ Count(s): _____
- ☐ dismissed on oral motion of USA
- ☐ to be dismissed at sentencing

☑ Written plea agreement filed   ☐ ORDERED SEALED  
☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1, 3  
☐ CRIMINAL TERM:    ☐ WAIVER OF SPEEDY TRIAL filed.  
DISCOVERY DISCLOSURE DATE:

- ☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
  - ☐ Trial on _____; ☐ Sentencing on _____
- ☑ ORDER: Defendant remanded to custody of U.S. Marshal for:
  - ☐ Trial on _____; or ☑ Sentencing on _____
- ☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
  - ☐ Defendant requests time to secure new counsel