## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. KEITH WATKINS JUDGE                              AT MONTGOMERY, ALABAMA

DATE COMMENCED   SEPTEMBER 8, 2006                    AT 9:24   A.M./P.M.

DATE COMPLETED   SEPTEMBER 8, 2006                    AT 9:40   A.M./P.M.

UNITED STATES OF AMERICA          )
                                  )
VS.                               )   CR. NO.  1:06cr65-002-WKW
                                  )
MICHAEL LEE WALKER                )
                                  )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA A. Clark Morris | X | Atty Kevin Butler |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Ann Roy | Angela Reitler | Risa Entrekin |
|---|---|---|
| Courtroom Deputy | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**SENTENCING**

| | |
|---|---|
| 9:24 a.m. | Sentence hearing commenced.  Terms of plea agreement stated on the record.  Court accepts plea agreement. No objections to PSR; |
| 9:30 a.m. | Sidebar (on the record).  Defense counsel's ORAL motion that sidebar discussion be sealed - **ORAL ORDER** granting motion for sidebar discussion to be sealed. **ORAL ORDER** granting government's [74] motion for downward departure and [73] motion for reduction in criminal offense level. Government's ORAL MOTION to amend motion for downward departure; **ORAL ORDER** granting motion as amended to a level 4 reduction. |
| 9:33 a.m. | Hearing continues.  Sentence imposed. |
| 9:40 a.m. | Hearing concluded. |